| | | | |
|---|---|---|---|
| Nationstar Mortgage, LLC v. Elsesser . . . | 83 MDA 2016<br>Affirmed | 09/13/2016 | 2013–15154<br>(Berks) |
| Com. v. Barrow . . . . . . . . . . . . . . . . . . . . . | 202 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/13/2016 | CP–36–CR–0005070–<br>2014<br>(Lancaster) |
| In the Interest of: B.L. . . . . . . . . . . . . . . . . | 215 MDA 2016<br>Affirmed | 09/13/2016 | CP–36–DP–0000197–<br>2015<br>(Lancaster) |
| Rogers v. Harleysville Insurance . . . . . . . | 289 MDA 2016<br>Affirmed | 09/13/2016 | 14–674<br>(Berks) |
| Com. v. Palmer . . . . . . . . . . . . . . . . . . . . . | 408 MDA 2016<br>Affirmed | 09/13/2016 | CP–67–CR–0001758–<br>2013<br>(York) |
| Com. v. Rodriguez . . . . . . . . . . . . . . . . . . . | 549 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/13/2016 | CP–06–CR–0003013–<br>2015<br>(Berks) |
| Com. v. Edney [16] . . . . . . . . . . . . . . . . . . . . | 808 EDA 2015<br>Affirmed | 09/14/2016 | CP–51–CR–0003519–<br>2013<br>(Philadelphia) |
| Com. v. Miller . . . . . . . . . . . . . . . . . . . . . . | 2448 EDA 2015<br>Affirmed | 09/14/2016 | CP–51–CR–0005060–<br>2014<br>(Philadelphia) |
| Com. v. McCray . . . . . . . . . . . . . . . . . . . . . | 2578 EDA 2015<br>Affirmed | 09/14/2016 | CP–09–CR–0003589–<br>2014<br>(Bucks) |
| JP Morgan Chase v. Palumbo . . . . . . . . . | 2887 EDA 2015<br>Affirmed | 09/14/2016 | 2012–001389<br>(Delaware) |
| Com. v. De La Rosa . . . . . . . . . . . . . . . . . | 2063 MDA 2015<br>Reversed and<br>Remanded | 09/14/2016 | CP–06–CR–0002218–<br>2015<br>(Berks) |
| Kalustian v. Dugan . . . . . . . . . . . . . . . . . . | 859 WDA 2015<br>Affirmed | 09/14/2016 | No. FD–15–00524<br>(Allegheny) |
| Haddad v. Zawilla . . . . . . . . . . . . . . . . . . | 885 WDA 2015<br>Affirmed | 09/14/2016 | GD 12–024665<br>(Allegheny) |
| Com. v. Dawkins [17] . . . . . . . . . . . . . . . . . . | 1093 WDA 2015<br>Quashed | 09/14/2016 | CP–63–CR–0002746–<br>2013<br>(Washington) |
| Com. v. Snyder . . . . . . . . . . . . . . . . . . . . . | 1894 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/14/2016 | CP–53–CR–0000020–<br>2011<br>(Potter) |

16. Petition for reargument denied November 14, 2016.
17. Petition for reargument denied November 23, 2016.